UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Ex Parte* Application of AGUILA ENERGIA E PARTICIPAÇÕES LTDA., <br><br>                            Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Contemplated Proceedings in the Federative Republic of Brazil. | 22-MC-228 (RA) (SLC) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On September 5, 2023, Applicant Aguila Energia e Participações Ltda. ("Aguila") submitted an objection to Magistrate Judge Cave's August 22, 2023, Report and Recommendation ("R&R"), recommending that this Court deny Aguila's application to take discovery from JPMorgan USA pursuant to 28 U.S.C. § 1782.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, a party may respond to another party's objections within fourteen days after being served with a copy. If JPMorgan USA wishes to respond to Aguila's objections, it shall submit a response no later than September 28, 2023. Otherwise, the Court will consider the objections unopposed.

SO ORDERED.

Dated:    September 21, 2023
         New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge