UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGUILA ENERGIA E PARTICIPAÇÕES LTD.,

                    Plaintiff,

          - against -

JPMORGAN CHASE & CO.,
                              Defendant.

---

22-mc-0228 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear via telephone tomorrow,

**September 28, 2023**, at **2:30 p.m.**, for oral argument.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:     New York, New York
           September 27, 2023

                                          John G. Koeltl
                              United States District Judge