UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGUILA ENERGIA E PARTICIPAÇÕES LTD.,

           Petitioner,

- against -

JPMORGAN CHASE & CO.,
           Respondent.

22-mc-0228 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The applicant may serve a subpoena, and any additional information, pursuant to 28 U.S.C. § 1782, by **October 6, 2023**, without prejudice to any arguments that the respondent may have or that the applicant may have. Any motion to quash is due **October 30, 2023**. The reply is due **November 6, 2023**.

The Magistrate Judge's Report and Recommendations, ECF No. 9, and the applicant's Objections, ECF No. 10, are **dismissed as moot**.

SO ORDERED.

Dated:    New York, New York
           September 28, 2023

                                              John G. Koeltl
                                      United States District Judge