UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGUILA ENERGIA E PARTICIPAÇÕES LTD.,

           Petitioner,

  - against -

JPMORGAN CHASE & CO.,
           Respondent.

22-mc-0228 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The response to the defendant's motion to quash the subpoena is due **October 30, 2023**. Any reply is due **November 6, 2023**.

SO ORDERED.

Dated:    New York, New York
            October 23, 2023

                                      John G. Koeltl
                             United States District Judge