UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGUILA ENERGIA E PARTICIPAÇÕES LTDA.,

                        Petitioner,

-v-                                        CIVIL ACTION NO. 22 Misc. 228 (JGK) (SLC)

JPMORGAN CHASE & CO.,                         **ORDER**

                        Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

By **February 12, 2024**, the parties shall order a transcript of the September 28, 2023 oral argument before the Honorable John G. Koeltl, selecting the 3-day option for delivery. Instructions can be found at sdreporters.com.

Dated:       New York, New York
                 February 7, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**