```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AGUILA ENERGIA E PARTICIPAÇÕES LTD., | 22-mc-0228 (JGK) |
| Petitioner, | ORDER |
| - against - | |
| JPMORGAN CHASE & CO., | |
| Respondent. | |

JOHN G. KOELTL, District Judge:

The parties are directed to appear for an in-person hearing on the objections to the Magistrate Judge's Report and Recommendation on **Monday, June 24, 2024, at 4:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         May 15, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge