UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGUILA ENERGIA E PARTICIPAÇÕES LTD.,

              Petitioner,

- against -

JPMORGAN CHASE & CO.,
              Respondent.

22-mc-0228 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The hearing scheduled for **Monday, June 24, 2024, at 4:30 p.m.** will be conducted telephonically and not in person.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           June 21, 2024

                                      John G. Koeltl
                                United States District Judge