```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

AGUILA ENERGIA E PARTICIPAÇÕES LTD.,

            Petitioner,

- against -

JPMORGAN CHASE & CO.,
            Respondent.

22-mc-0228 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The petitioner, having considered all of the papers and the arguments, can file a letter by **Thursday, June 27, 2024**, explaining what the petitioner's decision is with respect to the disposition of this petition.

**SO ORDERED.**

Dated:    New York, New York
            June 24, 2024

                                      John G. Koeltl
                               United States District Judge